JAMES L. FLINT, Executor, etc., et al., Respondents, *v.* WILLIAM B. BACON et al., Appellants.

(Argued June 22, 1886 ; decided October 5, 1886.)

*Flamen B. Candler* for appellants.

*Hamilton Wallis* for respondents.

Agree to affirm ; no opinion.
All concur.
Appeal dismissed.